# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **ASHLEY MOREAUX AND CHRIS MOREAUX** <br><br> v. <br><br> **CLEAR BLUE INSURANCE COMPANY, TIM ABLES TRUCKING COMPANY, LLC, SHANNON WATSON AND KEVIN POSEY** | **NO. 2:18-CV-1255** <br><br> **JUDGE CAIN** <br><br> **MAGISTRATE JUDGE KAY** |

### *DAUBERT/FORET* MOTION
### TO EXCLUDE OR LIMIT THE TESTIMONY OF DR. HUMA HAIDER, PLAINTIFF'S "TRAUMATIC BRAIN INJURY" EXPERT

*MAY IT PLEASE THE COURT*:

Plaintiff, Ashley Moreaux, intends to call Dr. Huma Haider, the principal and owner of National Brain Injury Institute, a Professional Limited Liability Company, in Houston, Texas, as a "traumatic brain injury" specialist. Defendants move this court to exclude Dr. Haider from testifying, due to her lack of expertise to opine on the subjects on which she purports to offer opinions, or alternatively to prevent Plaintiff or any witness from referring to or characterizing Dr. Haider as a "traumatic brain injury" specialist, for the reasons set forth more fully in the attached memorandum in support and exhibits.

**WHEREFORE**, Defendants pray that this Honorable Court will enter an Order excluding Dr. Huma Haider from testifying at trial of this matter or alternatively limiting her and preventing her or Plaintiff from referring to Dr. Haider as a "traumatic brain injury" specialist.

Respectfully submitted,

*s/Denia S. Aiyegbusi*
Robert E. Kerrigan, Jr. (#07350)
rek@deutschkerrigan.com
Denia S. Aiyegbusi (#31549)
denia@deutschkerrigan.com
**DEUTSCH KERRIGAN, LLP**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
*Attorneys for Hallmark Specialty Insurance Company*

-AND-

*/s/ Paul Verlander*
Paula M. Wellons (#19028)
Paul Verlander (#19196)
**Taylor, Wellons, Politz & Duhe, APLC**
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 535-9899

*Attorneys for James River Insurance Company*

**Certificate of Service**
I HEREBY CERTIFY that on the **8th day of March, 2021**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Paul J. Verlander*
_____
          Paul J. Verlander

2