LOG IN





STORE

# What is Neurocritical Care?

Neurocritical care is the intensive care management of patients with life-threatening neurological and neurosurgical illnesses such as massive stroke, bleeding in or around the brain (subarachnoid hemorrhage, intracerebral hemorrhage, subdural hemorrhage, intraventricular hemorrhage), brain tumors, brain trauma, status epilepticus, nerve and muscle diseases (myasthenia gravis, Guillain-Barre Syndrome), spinal cord disorders and the cardiopulmonary complications of brain injury. Neurocritical care provides the interface between the brain and other organ systems in the setting of critical illness. Patients are taken care of within a single specialized unit. Neurocritical care units specialize in managing the unique needs of such critically ill patients.

# Stories of Hope

In the practice of neurocritical care, we treat patients with truly life-altering disease states. The uncertainty of neurologic prognosis can leave both families and providers feeling doubtful and defeated. We all need reminders to keep hope and reinforce our resilience. Stories of Hope, a feature within NCS' *Currents* publication, tells the stories of patients who have fought their way to recovery and the experiences of their family and/or medical providers. By sharing these stories, we remind each other of what we are all working for and reinforce each other's resilience and hope.

Do you have a story to share? Email your idea as a brief paragraph to krehan@neurocriticalcare.org with the subject line "Stories of Hope." Requirements:

- Stories should be no longer than 3,000 words.
- A HIPAA release is required with all submissions.
- Stories are encouraged to take different perspectives into account, including nursing, family, friends and providers.
- Headshots of authors are required.
- Photographs of patients, families and the clinical team are strongly encouraged.
- Stories should relay diversity of perspective and include direct quotations.

This website uses cookies to ensure you get the best experience. By continuing to use this site, you are agreeing to our Privacy Policy

✔ OK

**EXHIBIT A**

- Remember that the goal of these stories are to spread hope; the running theme of each story should reflect this goal.
- You will be working closely with our editorial team to come up with the finished product.

Read stories from patients and their families who have survived a traumatic brain injury.

READ STORIES OF HOPE

# Neurocritical care is a multi-disciplinary field comprised of a collaborative effort by:

| **Neurointensivists** | **Nurse Practitioners and Physician Assistants** | **Rehabilitation Professionals** |
|---|---|---|
| **Neurosurgeons** | **Housestaff** | **Social Workers** |
| **Interventional/Endovascular Physicians** | **Pharmacists** | **Other Professionals** |
| | **Nurses** | |

# Diseases Treated in a Neuro ICU

In a neuro-ICU Neurocritical care trained Physicians and Nurses care for acutely ill patients with diseases of the brain, spinal cord and nerves that often have associated medical problems complicating their care. Below is basic information on some commonly treated ailments in the neuro-ICU. Please consult your physician for more information about any of these conditions.

| | |
|---|---|
| **Subarachnoid Hemmorhage (SAH)** | **Intracerebral Hemorrhage (ICH)** |
| **Traumatic Brain Injury (TBI)** | **Ischemic Stroke** |
| **Brain Tumors** | **Status Epilepticus** |
| **Neuromuscular Disorders** | **Infections of the Brain and Spinal Cord** |
| **Spinal Cord Injury** | |

This website uses cookies to ensure you get the best experience. By continuing to use this site, you are agreeing to our  Privacy Policy     OK

*The information posted here by the Neurocritical Care Society or any third party is intended for informational purposes only, should not be considered medical advice and is not intended to replace consultation with a qualified medical professional. You should consult your medical provider directly regarding your health and any specific medical questions you may have.*

## Patient/Family Information & Resource Guide

Not only are the first hours of a patient's neurological emergency critical to the patient, it is a time of fear and anxiety for the families. The Neurocritical Care Society's Patient/ Family Information Resource Guide will provide important education on the Neurocritical care environment including:

- An overview of the Neurocritical care setting to help families adjust to this unfamiliar place
- The members of the Neurocritical care team that will be engaged with providing care to their loved one
- A description of the various diseases treated in the Neurocritical care setting to provide an introduction to the medical situation and a starting point for further research
- Links to valuable patient and family resources where they can turn for more information



**DOWNLOAD AND PRINT A COMPLIMENTARY BROCHURE**

### Patient and Family Brochure Translation

The NCS Patient Family Brochure has been translated. Click on the link below to download the printable PDF in your desired language.

This website uses cookies to ensure you get the best experience. By continuing to use this site, you are agreeing to our Privacy Policy    ✔ OK

- English
- Arabic
- French
- Mandarin
- Spanish
- German

# Organizational Resources

## Amyotrophic Lateral Sclerosis (ALS)

- ALS Association

## Aneurysm

- Brain Aneurysm Foundation

## Aphasia

- The National Aphasia Association

## Brain Injury

- Brain Injury Association of America
- Traumatic Brain Injury Survival Guide
- Centers for Disease Control and Prevention
- Students with Traumatic Brain Injuries

## Brain Tumor

- National Brain Tumor Society
- American Brain Tumor Association
- National Cancer Institute Brain Tumor

## Epilepsy

- Epilepsy Foundation
- Centers for Disease Control and Prevention

## Guillain-Barré Syndrome

- GBS/CIDP Foundation International

## Meningitis

- Centers for Disease Control and Prevention

## Myasthenia Gravis (MG)

- Myasthenia Gravis Foundation of America

## Spinal Cord Injury

- National Spinal Cord Injury Association
- Spinal Cord Injury Model System Information Network

## Stroke

- National Stroke Association
- The Internet Stroke Center
- Centers for Disease Control and Prevention
- American Stroke Association

## Caregiver Support

- Family Caregiver Alliance
- Caring Bridge

## General Information on Neurological Disorders

- American Academy of Neurology Website for Patients and Caregivers
- NIH National Institute of Neurological Disorders and Stroke

This website uses cookies to ensure you get the best experience. By continuing to use this site, you are agreeing to our Privacy Policy ✔ OK

- American Association of Neurological Surgeons Patient Information page

**Neurocritical Care Society**
330 N Wabash Ave. Suite 2000
Chicago, IL 60611
P: (312) 321-5159  •  F: (312) 673-6759
info@neurocriticalcare.org

   

Privacy Statement
Terms & Conditions
© 2020 NCS

This website uses cookies to ensure you get the best experience. By continuing to use this site, you are agreeing to our  Privacy Policy