# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**ASHLEY MOREAUX**                     **CASE NO. 2:18-CV-01255**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**CLEAR BLUE INSURANCE CO. ET AL.**     **MAGISTRATE JUDGE KAY**

## ORDER

      Before the court is a "Motion to Certify Judgment for Immediate Appeal and For Stay" [doc. 163] filed by defendant James River Insurance Company ("JRIC") and requesting an order permitting a stay of proceedings while that party pursues an interlocutory appeal of the undersigned's denial [doc. 130] of a Motion for Partial Summary Judgment [doc. 104]. JRIC does not indicate whether the other parties to this action consent to its motion. It also provides no justification for waiting ten days from the court's ruling on the Motion for Summary Judgment to seek its stay.

      Briefing is now underway on the parties' numerous other pretrial motions, which are set for hearing on March 23, 2021, in advance of the jury trial currently scheduled for April 19, 2021. In order to avoid any further delay in this matter, the undersigned hereby **DENIES** the "Motion to Certify Judgment for Immediate Appeal and For Stay" [doc. 163].

      **THUS DONE AND SIGNED** in Chambers on this 16th day of March, 2021.

*[Signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**